WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 370578
Las Vegas, NV 89137
Voice: (702) 240-0184
Fax: (503) 632-1198
   Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**SARAH ANNE STERNER,**

  Plaintiff,

vs.

**COMMISSIONER of Social Security,**

  Defendant.

Case No. 3:11-cv-1481-MA

ORDER

  Attorney fees in the amount of $29,439.50 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The court finds this is a reasonable fee. Previously, this court awarded $4,764.87, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. When issuing the § 406(b) check, the agency is directed to subtract the amount previously awarded under the EAJA, and to send to Plaintiff's attorney **at his current address shown above** the balance of $24,674.63, minus any user fee. Any amount withheld (including the EAJA fee offset) after all administrative and court attorneys fees are paid should be released to the claimant.

  DATED this ____ day of ____June____, 2013.

            _Malcolm F. Marsh_
            United States District Judge

Presented by:
s/ Tim Wilborn, OSB # 944644
(702) 240-0184
   Attorney for Plaintiff

ORDER - Page 1